# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Savannah Division

United States of America )
v. )
Ronald Nelson )
) Case No: CR407-00046-001
) USM No: 13084-021
Date of Previous Judgment: June 20, 2007 ) John Grey Hunter
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 12        Amended Offense Level: 12
Criminal History Category: IV     Criminal History Category: IV
Previous Guideline Range: 21 to 27 months    Amended Guideline Range: 21 to 27 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS
The defendant's motion is denied because the quantity of cocaine base attributed to him resulted in a base offense level of twelve, which base offense level determination is precluded from a sentence reduction in the crack cocaine retroactive amendment.

Except as provided above, all provisions of the judgment dated June 20, 2007, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: October 24, 2008

Judge's signature

William T. Moore, Jr.
Effective Date: _____      Chief Judge, U.S. District Court
(if different from order date)       Printed name and title